# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS ANTONIO ORTIZ, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>RED HOOK DELI AND GROCERY 2015 CORP. (D/B/A RED HOOK GOURMET DELI), SALAL SAHID, WESSEIN SAHID, JOHN DOE 1, and JOHN DOE 2,<br><br>　　　　　　　　　Defendants. | 17-cv-07095-RRM-RLM<br><br>**REQUEST FOR<br>CERTIFICATE OF DEFAULT** |

　　TO:　DOUGLAS C. PALMER
　　　　　UNITED STATES DISTRICT COURT
　　　　　EASTERN DISTRICT OF NEW YORK

　　Please enter the default of Red Hook Deli and Grocery 2015 Corp. (d/b/a Red Hook Gourmet Deli), ("Defendant Corporation"), Salal Sahid, Wessein Sahid, John Doe 1, and John Doe 2 pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein.

Dated: New York, New York
　　　　April 9, 2018

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael Faillace
　　　　　　　　　　　　　　　　　　　　　　　　Michael Faillace, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL FAILLACE & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　60 East 42nd St., Suite 4510
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10165
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 317-1200