**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUIS ANTONIO ORTIZ, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>RED HOOK DELI AND GROCERY 2015 CORP. (D/B/A RED HOOK GOURMET DELI), SALAL SAHID, WESSEIN SAHID, JOHN DOE 1, and JOHN DOE 2,<br><br>　　　　　　　　　　Defendants. | Case No. **17-cv-07095-RRM-RLM**<br><br>**CERTIFICATE OF DEFAULT** |

　　　I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Red Hook Deli and Grocery 2015 Corp. (d/b/a Red Hook Gourmet Deli) has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Red Hook Deli and Grocery 2015 Corp. (d/b/a Red Hook Gourmet Deli) is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
　　　　April 19, 2018

　　　　　　　　　　　　　　　　　　　　　　　**DOUGLAS C. PALMER**
　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　　By: _/s/Jalitza Poveda_
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS ANTONIO ORTIZ, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>     -against-<br><br>RED HOOK DELI AND GROCERY 2015 CORP. (D/B/A RED HOOK GOURMET DELI), SALAL SAHID, WESSEIN SAHID, JOHN DOE 1, and JOHN DOE 2,<br><br>        Defendants. | Case No. **17-cv-07095-RRM-RLM**<br><br>**CERTIFICATE OF DEFAULT** |

  I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Salal Sahid, has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Salal Sahid, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
    *April 19*    , 2018

                 **DOUGLAS C. PALMER**
                 Clerk of the Court

              By: /s/*Jalitza Poveda*
                 Deputy Clerk

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS ANTONIO ORTIZ, individually and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>-against-<br><br>RED HOOK DELI AND GROCERY 2015 CORP. (D/B/A RED HOOK GOURMET DELI), SALAL SAHID, WESSEIN SAHID, JOHN DOE 1, and JOHN DOE 2,<br><br>  Defendants. | Case No. **17-cv-07095-RRM-RLM**<br><br>**CERTIFICATE OF DEFAULT** |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Wessein Sahid, has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Wessein Sahid, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       April 19, 2018

**DOUGLAS C. PALMER**
Clerk of the Court

By: _____/s/Jalitza Poveda_____
        Deputy Clerk