# *Michael Faillace & Associates, P.C.*
60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200          Fax:(212) 317-1620

Luis Antonio Ortiz                                         May 9, 2018

**Attention:**                                 File #:   edHookGourm
                                               Inv #:    Sample

RE:   Ortiz v. Red Hook Deli and Grocery 2015 Corp. et al

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-27-17 | Meeting with client. intake/ retainer | 0.60 | 270.00 | MF |
| Nov-28-17 | Research | 0.50 | 225.00 | MF |
| | Drafted complaint | 3.50 | 1,575.00 | MF |
| Dec-05-17 | Reviewed complaint | 0.90 | 405.00 | MF |
| Dec-06-17 | Finalized and filed complaint | 2.90 | 1,305.00 | MF |
| Feb-16-18 | Entered service costs, scanned the affidavits of service, and filed them on ECF | 0.22 | 99.00 | MF |
| | Totals | 8.62 | $3,879.00 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| | Filing Fee | 400.00 |
| Jan-18-18 | Process Server - service on Salal Sahid | 262.60 |
| Jan-23-18 | Process Server (Red Hook Deli and Grocery 2015 Corp. dba Red Hook Gourmet Deli) | 63.00 |
| Feb-12-18 | Process Server (Service to: Wessein Sahid) | 69.60 |
| | Process Server (Service to: John Doe 1) | 69.60 |
| | Process Server (Service to: John Doe 2) | 69.60 |
| | Process Server (Service to: Red Hook Deli and Grocery) | 69.60 |

|                            |            |
|----------------------------|-----------:|
| Totals                     | $1,004.00  |
| **Total Fee & Disbursements** | **$4,883.00** |
| **Balance Now Due**        | **$4,883.00** |