MICHAEL FAILLACE & ASSOCIATES, P.C.
Michael Faillace [MF-8436]
60 East 42nd Street, Suite 4510
New York NY 10165
(212) 317-1200
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

LUIS ANTONIO ORTIZ, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

RED HOOK DELI AND GROCERY 2015 CORP. (D/B/A RED HOOK GOURMET DELI), SALAL SAHID, WESSEIN SAHID, JOHN DOE 1, and JOHN DOE 2,

                Defendants.

------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

17-cv-7095

STATE OF NEW YORK    )
                              ) SS.:
COUNTY OF NEW YORK  )

    SAMANTHA A. CEDENO CASSINELLI, being duly sworn, deposes and says:

    Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

    On January 30, 2019, I mailed Judge Mann's Order to Show Cause (Dkt. 19) by First-Class Mail, through the United States Postal Service to:

                Red Hook Deli and Grocery 2015 Corp.
                66 Lorraine St
                Brooklyn, NY 11231

                Salal Sahid
                66 Lorraine St
                Brooklyn, NY 11231

                Wessein Sahid
                66 Lorraine St
                Brooklyn, NY 11231

                                          _/s/ Samantha A. Cedeno Cassinelli_
                                          Samantha A. Cedeno Cassinelli

Sworn to before me on this
30th of January, 2019

_/s/_
Notary Public

MARIA J CEDENO CASSINELLI
Notary Public, State of New York
Registration #01CE6332862
Qualified In Nassau County
Commission Expires Nov. 9, 2019