UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUIS ANTONIO ORTIZ, *individually and on behalf of others similarly situated*,

                      *Plaintiff*,

-against-

RED HOOK DELI AND GROCERY 2015 CORP. (D/B/A RED HOOK GOURMET DELI), SALAL SAHID, WESSEIN SAHID, JOHN DOE 1, and JOHN DOE 2,

                      *Defendants*.
-----------------------------------------------------------X

17-cv-07095

DECLARATION OF
LUIS ANTONIO ORTIZ

I, Luis Antonio Ortiz, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that:

1. I am the Plaintiff in the above-captioned action, and I have personal knowledge of the matters stated below.

2. I reside in Queens County, New York.

3. From approximately August 22, 2016 until on or about August 2017, I worked from approximately 12:00 p.m. until on or about 12:00 a.m. seven days a week (typically 84 hours per week).

4. From approximately September 2017 until on or about October 25, 2017, I worked from approximately 3:00 p.m. until on or about 12:00 a.m. seven days a week (typically 63 hours per week).

5. Throughout my employment with the Defendants, I was paid my wages in cash.

6. I was never paid an additional hour of pay or any kind of extra pay when I worked over 10 hours in a single day.

7. I typically worked over 10 hours in a single day every working day from August 22, 2016 until on or about August 2017 when my schedule changed as I described above.

8.  I respectfully submit this declaration in support of my motion for default judgment against Defendants Red Hook Deli and Grocery 2015 Corp. (d/b/a Red Hook Gourmet Deli), Salal Sahid, and Wessein Sahid.

9.  This document has been translated to me in my native language of Spanish, and I fully comprehend the contents. ("Este documento ha sido traducido al Español, mi primer idioma, y yo comprendo todos los términos.").

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:  New York, NY
           February 11, 2019

*Luis A Ortiz*
Luis Antonio Ortiz