```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUIS ANTONIO ORTIZ,

                    Plaintiff,
                                                                    ORDER ADOPTING
                                                                    REPORT AND RECOMMENDATION
            - against -                                             17-CV-7095 (RRM) (RLM)

RED HOOK DELI AND GROCERY 2015
CORP. d/b/a RED HOOK GOURMET DELI,
SALAL SAHID, WESSEIN SAHID,
JOHN DOE 1, and JOHN DOE 2,

                    Defendants.
------------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.
```

In this wage-and-hour action, plaintiff Luis Antonio Ortiz seeks a default judgment to recover for deficiencies in the wages he was paid and related damages. (Mot. for Default Judgment. (Doc. No. 16).) The Court referred the motion to the Honorable Roanne L. Mann, Chief Magistrate Judge. (Order Referring Motion (Jan. 15, 2019). In a Report and Recommendation ("R&R") dated June 12, 2019 (Doc. No. 28), Chief Magistrate Judge Mann recommended dismissal of all claims against defendants Wessein Sahid, John Doe 1 and John Doe 2, on account of ineffective service of process, and the Third Cause of Action for spread-of-hours violations, and the grant of default judgment against defendants Red Hook Deli and Grocery 2015 Corp. and Salal Sahid, jointly and severally.

Judge Mann reminded the parties that, pursuant to Rule 72(b), any objection to the R&R must be filed by July 1, 2019. No party has filed any objection, and the time for doing so has passed.

When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "To accept the report and recommendation of a magistrate, to which

no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Jarvis v. N. Am. Globex Fund, L.P.*, 823 F. Supp. 2d 161, 163 (E.D.N.Y.2011) (internal quotation marks and citation omitted).

The Court has reviewed the record and, finding no clear error, adopts the R & R as the opinion of the Court. Accordingly, the Court grants in part and denies in part plaintiff's motion for default judgment as follows:

1. All claims against defendants Wessein Sahid, John Doe 1 and John Doe 2 are dismissed;

2. The Third Cause of Action for spread-of-hours violations is dismissed; and

3. Default judgment is granted in favor of plaintiff Luis Antonio Ortiz as against defendants Salal Sahid and Red Hook Deli and Grocery 2015 Corp. d/b/a Red Hook Gourmet Deli, jointly and severally, in the amount of $44,352.50, consisting of $15,360 in unpaid overtime wages, $15,360 in liquidated damages, $10,000 in statutory damages, $3,232.50 in attorney's fees, and $400 in costs; the Court also awards prejudgment interest on $15,360, in an amount to be calculated by the Clerk of Court, by multiplying $3.79 by the number of days from March 24, 2017 until the day final judgment is entered.

The Clerk of Court is directed to enter judgment pursuant to this Order, send a copy of this Order and the accompanying judgment to all named defendants via overnight mail at the following addresses:

Red Hook Deli and Grocery 2015 Corp.
d/b/a Red Hook Gourmet Deli
66 Lorraine Street
Brooklyn, NY 11231

Salal Sahid
66 Lorraine Street
Brooklyn, NY 11231

Wessein Sahid
66 Lorraine Street
Brooklyn, NY 11231

Upon entry of Judgment, the Clerk of Court is directed to close this case.

SO ORDERED.

Dated: Brooklyn, New York　　　　　　　　　*Roslynn R. Mauskopf*
　　　　September 26, 2019　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ROSLYNN R. MAUSKOPF
　　　　　　　　　　　　　　　　　　　　　United States District Judge