**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
LUIS ANTONIO ORTIZ, *individually and on behalf of others similarly situated,*

                      *Plaintiff,*            **17-cv-07095-RRM-RLM**

      -against-

                                   **PROPOSED JUDGMENT**

RED HOOK DELI AND GROCERY 2015
CORP. (D/B/A RED HOOK GOURMET
DELI), SALAL SAHID , WESSEIN SAHID ,
JOHN DOE 1 , and JOHN DOE 2 ,

                      *Defendants.*
-------------------------------------------------------X

## **JUDGMENT**

On December 6, 2017, this action was commenced by Plaintiff Luis Antonio Ortiz ("Plaintiff") filing of the Complaint. (Dkt. No. 1). The summons and Complaint in this action having been duly served on defendants Red Hook Deli and Grocery 2015 Corp. (d/b/a Red Hook Gourmet Deli), ("Defendant Corporation") and Salal Sahid ("collectively, "Defendants"), and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiff have judgment jointly and severally against the Defendants Red Hook Deli and Grocery 2015 Corp. (d/b/a Red Hook Gourmet Deli), ("Defendant Corporation"), Salal Sahid, in the amount of $38,180.31, including compensatory damages and permissible liquidated damages and prejudgment interest, all computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: _____, 2021

                                                  _____
                                                      ROSLYNN R. MAUSKOPF
                                                      UNITED STATES DISTRICT JUDGE

                                                    This document was entered on the docket on _____.

To:

Red Hook Deli and Grocery 2015 Corp.
66 Lorraine St
Brooklyn, NY 11231

Salal Sahid
66 Lorraine St
Brooklyn, NY 11231